Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
CLINTON BABCOCK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CLINTON BABCOCK,<br><br>　　　　　　　　　Defendants. | No. 2:12-CR-251 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michelle Rodriguez, Assistant United States Attorney, Michael Hansen, attorney for defendant Clinton Babcock; that the previously-scheduled status conference and change of plea, be vacated and the matter continued to August 14, 2012, at 9:45 a.m.

　　　This continuance is requested to allow the parties additional time to prepare for the change of plea and accommodate Mr. Hansen's calendar conflict.

Dated: August 6, 2012　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael E. Hansen
　　　　　　　　　　　　　　　　　　　　　　　MICHAEL E. HANSEN
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　	　　　　　　CLINTON BABCOCK

/ / / / /

/ / / / /

1

**Stipulation and [Proposed] Order to Continue Status Conference**

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: August 6, 2012 | BENJAMIN B. WAGNER<br>UNITED STATES ATTORNEY |
| | By: /s/ Michael E. Hansen for<br>MICHELLE RODRIGUEZ<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the previously-scheduled status conference date of August 7, 2012, be vacated and the matter set for change of plea on August 14, 2012, at 9:45 a.m., for the reasons set forth above.

Dated: 8/6/2012

/s/ John A. Mendez
U. S. DISTRICT COURT JUDGE

**Stipulation and [Proposed] Order to Continue Status Conference**

PDF created with pdfFactory trial version www.pdffactory.com