Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
CLINTON BABCOCK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CLINTON BABCOCK,<br><br>　　　　　　　　Defendants. | No. 2:12-CR-251 JAM<br><br>**STIPULATION AND ORDER TO VACATE RESTITUTION HEARING AND RESTITUTION AMOUNT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michelle Rodriguez, Assistant United States Attorney, Michael Hansen, attorney for defendant Clinton Babcock; that the previously-scheduled restitution hearing on January 22, 2013 at 1:30, be vacated and the matter dropped from the calendar.

The parties further stipulate to the amount of restitution, payable to Wells Fargo Bank in the amount of $1355.70, as stated in the probation officer's memorandum previously submitted to the Court.

Dated: January 15, 2013　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Michael E. Hansen
　　　　　　　　　　　　　　　　　　　　MICHAEL E. HANSEN
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　CLINTON BABCOCK

/ / / / /

/ / / / /

/ / / / /

1

**Stipulation and [Proposed] Order to Restitution**

Dated: January 15, 2013

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

By: /s/ Michael E. Hansen for
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED that the previously-scheduled restitution hearing date of January 22, 2013, be vacated.

IT IS HEREBY ORDERED that the defendant shall pay restitution to:

> Wells Fargo Bank N.A. - Fraud Investigations
> Department 2038
> Denver, CO 80291-2038
> $1,355.70

Dated: 1/16/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge